HALLI B. HESTON, Bar No. 90737
RICHARD G. HESTON, Bar No. 90738
BENJAMIN R. HESTON, Bar No. 297798
HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine, California 92612
(951) 290-2827
(949) 222-1043 Fax
ben@hestonlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re; <br><br> CYNTHIA NAN SELBY, <br><br> Debtor. | Case No: 8:19-bk-12324-MW <br><br> Chapter 7 <br><br> **NOTICE OF MOTION AND MOTION FOR EXEMPTION FROM CREDIT COUNSELING AND PERSONAL FINANCIAL MANAGEMENT COURSE REQUIREMENTS UNDER 11 U.S.C. § 109(h)(4) (incapacity, disability)** <br><br> (NO HEARING DATE SET) |

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that Debtor moves this Court for an order, without a hearing, for exemption from the credit counseling course requirement and the personal financial management course requirement due to the Debtor's incapacity and disability pursuant to 11 U.S.C. 109(h)(4).

Pursuant to Local Bankruptcy Rule 9013-1(o), any party objecting to the granting of such an order may file and serve a written objection and request a hearing on this motion. If you fail to file a written response within fourteen (14) days of the date of service of this notice plus three (3)

---
1
MOTION FOR EXEMPTION FROM BANKRUPTCY COURSE REQUIREMENTS

1 days for mailing, the court may treat such failure as a waiver of your right to oppose this motion
2 and may grant the relief requested herein.

HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine, California 92612
Telephone: (949) 222-1041
Fax: (949) 222-1043

## MEMORANDUM OF POINTS AND AUTHORITIES

Generally, a person who wishes to file a bankruptcy petition must first complete a credit counseling course pursuant to and as defined by Bankruptcy Code section 109(h)(1). However, the Code recognizes that this rather insignificant prerequisite may not be feasible in all circumstances. Bankruptcy Code section 109(h)(4) provides:

"The requirements of paragraph (1) shall not apply with respect to a debtor whom the court determines, after notice and hearing, is unable to complete those requirements because of incapacity, disability, or active military duty in a military combat zone. For the purposes of this paragraph, incapacity means that the debtor is impaired by reason of mental illness or mental deficiency so that he is incapable of realizing and making rational decisions with respect to his financial responsibilities; and "disability" means that the debtor is so physically impaired as to be unable, after reasonable effort, to participate in an in person, telephone, or Internet briefing required under paragraph (1)."

Additionally, a debtor who wishes to receive a discharge must take a course in personal financial management pursuant to Bankruptcy Code section 727(a)(11). Debtors who are exempted from the credit counseling course requirement pursuant to §109(h)(4) as stated above are also exempted from the personal financial management course.

It is therefore respectfully submitted that the Debtor should be exempt from the credit counseling and personal financial management course requirements.

HESTON & HESTON
Attorneys at Law

Dated: 6/17/2019            /s/ Benjamin R. Heston
                            BENJAMIN R. HESTON
                            Attorneys for Debtor

## DECLARATION OF MARK BENNINGTON

I, Mark Bennington, declare as follows:

1. I am the son of the Debtor in the above-entitled proceeding. I have personal knowledge of all matters stated herein and, if called to testify, I could competently testify thereto.

2. My mother is 77 years old has advanced Alzheimer's disease.

3. She is not capable of understanding much of the world around her. She is incapable of realizing and making rational decisions with respect to her financial responsibilities.

4. She would not comprehend or benefit from participating in a credit counseling course or a personal financial management course.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  6/17/2019

MARK BENNINGTON

HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine, California 92612
Telephone: (949) 222-1041
Fax: (949) 222-1043

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19700 Fairchild Road, Suite 280
Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR EXEMPTION FROM CREDIT COUNSELING AND PERSONAL FINANCIAL MANAGEMENT COURSE REQUIREMENT UNDER 11 U.S.C. Section 109(h)(4) (incapacity, disability)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/17/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**U.S. TRUSTEE** - United States Trustee (SA)        ustpregion16.sa.ecf@usdoj.gov
**CHAPTER 7 TRUSTEE** – Richard A. Marschack        pkraus@marshackhays.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/17/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**
Hon. Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/17/2019 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**